■ REINALDO BUSTAMANTE, JR., by His Guardian ad Litem, EVELYN BUSTAMANTE, et al., Appellants, v. NEW YORK TELEPHONE COMPANY et al., Respondents.— Judgment unanimously affirmed, with costs to respondents. No opinion. Concur — Breitel, J. P., Rabin, McNally, Eager and Bergan, JJ.

■ CHEMICAL CORN EXCHANGE BANK v. MONFORTE CONTRACTING CORP. et al.— Motion for reargument denied, with $10 costs. Concur — Breitel, J. P., Valente, McNally, Stevens and Steuer, JJ.

■ ANDREA H. BONGIOVI, as Administrator of the Estate of AGNES BONGIOVI, Deceased, v. HENRY J. BONGIOVI.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.

■ CHARLES R. CAVALLI v. RED ARROW BONDED MESSENGER CORPORATION.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ RENEE R. RUSSO, Formerly Known as NORENE RUSSO, v. THOMAS RUSSO. — Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JAMES WRIGHT.— Motion for reargument denied. Concur — Botein, P. J., Breitel, Rabin, McNally and Eager, JJ.

■ ELI MASON, on Behalf of Himself and All Other Owners of Class A Stock of Basic Properties, Inc., Similarly Situated v. BASIC PROPERTIES, INC.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ MARGARET TELAKOWSKI et al. v. 14TH ST. DRUG CORP.— Application denied, with $10 costs. The stay contained in the order to show cause, dated October 31, 1962, is vacated. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. MICHAEL GALLELLA.— Motion to dismiss appeal denied without prejudice. In the absence of the exhibits this court is not in a position to pass upon the appeal from the judgment of conviction. An application must be made to the trial court to settle an adequate record. In the event a satisfactory record cannot be settled either party may apply to this court for the relief required by that circumstance. Concur — Botein, P. J., McNally, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. RADISLAW BLAZIC.—Motion to dismiss appeal granted unless the appellant perfects the appeal for the February 1963 Term of this court. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. DAVID GORDON and DAVID GORDON & COMPANY.— Motion to dismiss appeal granted unless the appellant perfects the appeal for the January 1963 Term of this court. If the appellant fails to comply with the condition imposed, the respondents may enter an order dismissing the appeal without notice to the appellant. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.

■ ALBERT F. REISMAN v. GREER-BOUTWELL & ASSOCIATES, INC., et al.— Motion to dismiss appeal granted, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Stevens and Steuer, JJ.